

# IN THE
# TENTH COURT OF APPEALS

### No. 10-17-00225-CV

**ULLJA KUNTZE,**

**Appellant**

**v.**

**SANDRA COWAN AND WILLIAM E. FASON,**

**Appellees**

### From the 21st District Court
### Burleson County, Texas
### Trial Court No. 28,904

## O R D E R

All relief requested in the document titled, "Relator Ullja Kuntze's Motion for Rehearing with respect to the Order issued on Jan 31, 2018 that denied Kuntze's 'Motion Relating to Informalities in the Record'" filed on February 15, 2018 is denied.

PER CURIAM

Before Chief Justice Gray,
        Justice Davis, and
        Justice Scoggins
Motion denied
Order issued and filed August 29, 2018

